UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YANDRY GABRIEL CHILA ORTIZ,

Petitioner,

v.

KRISTI NOEM, *et al.*,

Respondents,

Case No.  1:26-cv-0414-DC-JDP

ORDER

Respondents have filed a motion seeking an 180-day extension of time to file an answer or return.  ECF No. 13.  They argue that this delay will allow the government to present an informed brief based on this rapidly evolving area of law; they note that relevant cases are currently before the Court of Appeals.  *Id.*  Respondents further argue that petitioner would not be prejudiced by this delay because he has been released from detention.  *Id.*  I will deny respondents' request; it is unnecessary to delay issuing judgment here.  If additional briefing is needed to decide the merits, within seven days of the date of this order, respondents may file an answer.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

Accordingly, it is hereby ORDERED that:

1.    Respondents' motion for an extension of time, ECF No. 13, is DENIED.

2.    If additional briefing is needed, respondents may file an answer within seven days of the date of this order.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:    February 26, 2026            _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE